IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEROME BELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:06-CV-0109-D |
| VS. | § | |
| | § | |
| LISA DEBLANC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted. This case is dismissed without prejudice under Fed. R. Civ. P. 41(b) by judgment filed today.

**SO ORDERED**.

April 12, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE